FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 MAY 28 AM 11: 17

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:17-cr-00278-1
)
Curel Taylor Reilly, )
    Defendant. )
)
)

## O R D E R

Defendant Reilly has filed a "Consolidated Motion for Status of Motion for Sentence Reduction Pursuant to Federal Civil Procedure 60(b)(6) and Motion for Leave to Supplement Motion for Sentence Reduction" (Doc. 23). The Motion for Sentence Reduction for which she requests the status (Doc. 21) was answered (denied) by the Court on April 1, 2019. In the instant motion, Defendant again seeks a reduction under the "safety valve," this time relying on the First Step Act of 2018.

Defendant is serving a 24-month custodial sentence imposed by the Court on May 16, 2018, following Defendant's plea of guilty to structuring transactions to evade reporting requirement, in violation of 31 U.S.C. § 5324(a)(3). The imposed sentence was a downward variance from the advisory guideline range of 30 to 37 months that the Court adopted at sentencing.

Section 402(b) of the First Step Act expands the category of individuals eligible for relief under the safety-valve provisions of 18 U.S.C. § 3553(f), which are referenced in U.S.S.G. § 2D1.1(b)(18). Nonetheless, such relief still extends only to defendants convicted of offenses involving the

REILLY, Curel Taylor
Order on Motion - Page 2

Controlled Substances Act, not to those convicted of currency-structuring offenses, like Defendant. Additionally, even if such relief did extend to such offenses, this aspect of the First Step Act is not retroactively applicable to defendants convicted and sentenced prior to December 21, 2018. The Act expressly provides that changes made "shall apply only to a conviction entered on or after the date of enactment of this Act."

Given the above, Defendant is not entitled to relief with respect to the safety-valve provision of the First Step Act, and her Motion is **DENIED**.

SO ORDERED this 28th day of May 2019.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT